FIRST STATE BANK OF ADA v. A. E. KRALING, d. b. a. KRALING CONSTRUCTION COMPANY, AND OTHERS.
UNITED STATES OF AMERICA, INTERVENOR.

116 N. W. (2d) 574.

August 17, 1962—No. 38,704.

*Miles W. Lord,* United States Attorney, and *John J. Connelly,* Assistant United States Attorney, for appellant.

*Child & Child,* for respondent bank.

*Carson, Townsend, Pratt, Trench & Ericson,* for respondent casualty company.

PER CURIAM.

Intervenor moves to defer hearing on its appeal in the above-entitled matter until the rights of plaintiff and defendants A. E. Kraling and American Casualty Company can be determined or, in the alternative, that its appeal be dismissed without prejudice.

The motion to dismiss without prejudice is granted.